

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2026

No. 04-25-00843-CV

**IN RE STATE OF TEXAS**

Original Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
            Lori Massey Brissette, Justice
            Velia J. Meza, Justice

Relator filed its petition for writ of mandamus on December 30, 2025. It filed a motion to dismiss on January 7, 2026. Relator's motion to dismiss is **GRANTED**. The petition for writ of mandamus is **DISMISSED**.

It is so **ORDERED** on January 14, 2026.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2026.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2025-JUV-01325, styled *In the Matter of M.T., a Juvenile*, pending in the 289th Judicial District Court, Bexar County, Texas, the Honorable Rose Sosa presiding.